28-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against
OSVALDO FUENTES ROSARIO

(Alias) BORI

Please PRINT Clearly

1:08-mj-449
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: JAMES M. PARKISON, CLERK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1.[ ] CJA    2.[✓] RETAINED    3.[ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [ ] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 08 YR. 1996

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NY STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE [signature]
PRINT THE FOLLOWING INFORMATION CLEARLY

Luis O. Diaz, Esq.
Attorney for Defendant

Law Offices of Luis O. Diaz
Firm name if any

710 West 190th St, Suite D
Street address

New York, NY 10040
City          State     Zip

212-942-6400
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186